In the Matter of the BOARD OF MANAGERS OF FRENCH OAKS CONDOMINIUM, Respondent, v TOWN OF AMHERST et al., Appellants, and WILLIAMSVILLE CENTRAL SCHOOL DISTRICT, Intervenor-Respondent.

Submitted April 22, 2013; decided June 6, 2013

Motion to dismiss appeal denied.

HSBC BANK USA, N.A., as Trustee for the REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-1, Respondent, v ROBERT T. ASHLEY et al., Appellants.

Submitted April 22, 2013; decided June 6, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

L&L ASSOCIATES HOLDING CORP., Respondent, v JOSEPH A.F. SADOWSKI, Appellant, et al., Defendants.

Submitted April 15, 2013; decided June 6, 2013

Motion for reargument denied [see 20 NY3d 1057 (2013)]. Motion for a stay dismissed as academic.

Judge ABDUS-SALAAM taking no part.

MICHAEL LURIE, Appellant, v HOLLY LURIE, Respondent.

Submitted April 15, 2013; decided June 6, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the portion of Supreme Court's order denying reargument, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.